# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# STATESBORO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. CR607-031 |
| ) | |
| JIMMY LEE EVERETT ) | |
| ) | |
| Defendant ) | |

## ORDER

On January 25, 2008, Suk Kang Lee agreed to serve as surety for defendant Jimmy Lee Everett, who was required to post a $100,000.00 bond secured by cash or property equal to 50 percent of that amount. Ms. Lee executed the "Appearance Bond" and later deposited $50,000.00 into the Registry of the Court, thus enabling Everett to secure his release. (Doc. 113.) Mr. Everett was subsequently arrested based on evidence that he had solicited a witness to give false testimony in connection with this case. He was then charged in a separate federal indictment with felony obstruction of justice. *See United States v. Jimmy Lee Everett*, CR608-008 (filed May 6, 2008).

Ms. Lee has written a letter to the Court "petitioning for the release of [the] bond money" that she deposited as surety in this case. She states in her letter that she is destitute, depends upon the charity of others, and needs the money to provide for herself and her children. The Court **DIRECTS** the Clerk to file Ms. Lee's letter as a motion for release of the funds that she posted as surety on Mr. Everett's bond.

The government has previously filed a motion for forfeiture of Everett's bond due to his engaging in criminal conduct while on pretrial release. (Doc. 405.) In light of Ms. Lee's motion, the Court will afford the government 10 days within which to either reconsider its earlier motion or respond in opposition to Ms. Lee's petition.

**SO ORDERED** this   5th   day of May, 2009.

/s/ JRSmitt
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA