IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

JIMMY LEE EVERETT,

    Petitioner,

v.

UNITED STATES OF AMERICA,

    Respondent.

CASE NOS. CV411-150
CR408-063
CR607-031

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 59), to which no objections have been filed. After a careful de novo review of the record, the report and recommendation is **ADOPTED** as the Court's opinion. As a result, Petitioner's Motion for Leave to File (Doc. 52) and Motion to Amend (Doc. 55) are **DENIED**. This case remains closed.

SO ORDERED this 9th day of January 2017.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA